UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

Linda Roberts )
)
)
v. ) C.A. 14-289-M
)
Carolyn Colvin, Acting )
Commissioner of the Social Security )
Administration )

## ORDER

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on February 17, 2015 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1)(B). The Plaintiff's Motion to Reverse, Remand or Modify the decision of the Commissioner is DENIED and the Defendant's Motion to Affirm the decision of the Commissioner is GRANTED.

BY ORDER:


 /s/ John J. McConnell, Jr.
John J. McConnell, Jr.
United States District Judge
March 10, 2015